**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7262**

_____

FRED FLORES, JR.,

             Plaintiff - Appellant,

        v.

ROBERT M. STEVENSON, III, Warden; SHARONDA SUTTON, Major;
JOHN BARKLEY, Associate Warden Programs; VALERIE WHITAKER,
Classification Case Worker; PERCY JONES, Administrative
Captain,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Timothy M. Cain, District Judge.
(2:11-cv-01278-TMC)

_____

Submitted:  December 20, 2012      Decided:  December 26, 2012

_____

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Fred Flores, Jr., Appellant Pro Se.  Nikole H. Boland, Roy F.
Laney, Damon C. Wlodarczyk, RILEY, POPE & LANEY, LLC, Columbia,
South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Flores, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2006 & Supp. 2012). The magistrate judge recommended that relief be denied and advised Flores that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Flores has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2